# THE MARKS LAW FIRM, P.C.

March 24, 2026

**FILED VIA CM/ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 618
New York, NY 10007



RE:    **Dharry v. 60th Street, LLC, et al.**
       **Docket No.: 1:25-cv-06734-KPF**

## LETTER REQUEST TO ADJOURN CONFERENCE

Dear Judge Failla,

Pursuant to § 2(c)(i) of Your Honor's Individual Rules, the parties respectfully submit this joint request to adjourn the Initial Conference currently scheduled for April 6, 2026, at 11:00 a.m., as well as the corresponding deadlines for submission of the proposed Case Management Plan and joint letter, presently due on April 2, 2026, to Your Honor's next available date.

This is the parties' first joint request to adjourn the Initial Conference following the appearance of all defendants in this action (the Court previously granted three adjournments prior to all defendants appearing). The reason for the requested adjournment is that both deadlines fall during Passover. This request is made with the consent of all parties and will not affect any other deadlines.

Thank you for your attention to the above. Please let us know if Your Honor requires any additional information.

Very truly yours,

Darren R. Marks

CC:    **VIA CM/ECF**
       All Parties

155 East 55th Street, Suite 4H ● New York, New York 10022
T: (646) 960–7820 ● F: (646) 867–2639 ● darren@markslawpc.com
www.markslawpc.com

Application GRANTED.  The Initial Pretrial Conference currently scheduled for April 6, 2026, is hereby ADJOURNED to **April 21, 2026,** at **4:30 p.m.**  As before, the conference will be held telephonically. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 27.

Dated:    March 25, 2026           SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE